UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Nicholas Scibilia, ) | Case No. 3:22-bk-00306-JAF |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |

## CERTIFICATE OF SERVICE

### (Doc. No. 37)

I HEREBY swear or affirm that a true and correct copy of the ORDER GRANTING MOTION TO REOPEN CHAPTER 13 CASE (Doc.no. 37) entered on January 30, 2026, was served upon the Court, the Trustee, the US Trustee, and all interested parties who are required to receive notice per the attached mailing matrix by the CM/ECF system or other authorized means as required by law.

Respectfully submitted on this February 2, 2026.

*/s/ Alan Borden Esq.*
Alan Borden, Esq.
Florida Bar No: 58250
*Attorney for Debtor*
Debt Relief Legal Group, LLC
14502 N. Dale Mabry Hwy,
Suite 200
Tampa, FL 33618
Ph. 813-231-2088
Fax: 813-354-2627
Email: aborden@1800debtrelief.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:22-bk-00306-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Feb  2 09:58:15 EST 2026 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| World Omni Financial Corp<br>Tripp Scott, PA<br>c/o H. Michael Solloa, Jr, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Clay County Tax Collector<br>Post Office Box 218<br>Green Cove Springs FL 32043-0218 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (p)SEQUIUM ASSET SOLUTIONS  LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cu<br>Attn: Bankruptcy<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | World Omni Financial Corp.<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 |
| World Omni Financial Corp.<br>c/o H. Michael Solloa Jr., Esq<br>110 SE 6th Str, 15th Flr<br>Fort Lauderdale, FL 33301-5004 | Alan D Borden<br>Debt Relief Legal Group, LLC<br>14502 N Dale Mabry Hwy<br>Suite 200<br>Tampa, FL 33618-2040 | Douglas W Neway<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 |
| Nicholas Scibilia<br>4211 Southern Magnolia Lane<br>Middleburg, FL 32068-5088 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focus Receivables Management, LLC<br>1130 Northchase Parkway Se<br>Suite 150<br>Marietta, GA 30067 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27