United States Bankruptcy Court
Middle District of Florida

In re:                                                                          Case No. 22-00306-JAF
Nicholas Scibilia                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: B318W | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nicholas Scibilia, 4211 Southern Magnolia Lane, Middleburg, FL 32068-5088 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 22:46:43 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bankruptcy@trippscott.com | Feb 02 2026 22:48:00 | World Omni Financial Corp, Tripp Scott, PA, c/o H. Michael Solloa, Jr, Esquire, 110 SE 6th Street, 15th Floor, Fort Lauderdale, FL 33301-5004 |
| 29875680 | + | EDI: CAPITALONE.COM | Feb 03 2026 03:32:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 29897918 | | EDI: CAPITALONE.COM | Feb 03 2026 03:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 29875676 | + | Email/Text: kcrehore@claycountytax.com | Feb 02 2026 22:48:00 | Clay County Tax Collector, Post Office Box 218, Green Cove Springs FL 32043-0218 |
| 29875681 | + | EDI: AMINFOFP.COM | Feb 03 2026 03:32:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 29875677 | | EDI: FLDEPREV.COM | Feb 03 2026 03:32:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 29875677 | | Email/Text: BNC_Notices@floridarevenue.com | Feb 02 2026 22:47:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| 29875679 | | EDI: IRS.COM | Feb 03 2026 03:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 29882922 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 22:47:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29882747 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2026 22:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 29875683 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2026 22:49:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 29875684 | + | EDI: NFCU.COM | Feb 03 2026 03:32:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 29881049 | | EDI: NFCU.COM | Feb 03 2026 03:32:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 29875685 | + | EDI: NFCU.COM | | |

District/off: 113A-3

Date Rcvd: Feb 02, 2026

User: admin

Form ID: B318W

Page 2 of 3

Total Noticed: 24

| | | Feb 03 2026 03:32:00 | Navy Federal Cu, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
|---|---|---|---|
| 29875686 | + EDI: AGFINANCE.COM | Feb 03 2026 03:32:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 29942765 | EDI: PRA.COM | Feb 03 2026 03:32:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 29922299 | + EDI: JEFFERSONCAP.COM | Feb 03 2026 03:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 29875687 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2026 22:46:58 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 29875682 | Email/Text: bankruptcy@sequium.com | Feb 02 2026 22:48:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 29875678 | + Email/Text: Usaflm.bk-jax@usdoj.gov | Feb 02 2026 22:48:00 | United States Attorney, 300 North Hogan St Suite 700, Jacksonville, FL 32202-4204 |
| 29875688 | Email/Text: repogroup@vystarcu.org | Feb 02 2026 22:49:00 | Vystar Credit Union, Attn: Bankruptcy, Po Box 45085, Jacksonville, FL 32232 |
| 29905084 | + Email/Text: bankruptcy@trippscott.com | Feb 02 2026 22:48:00 | World Omni Financial Corp., c/o H. Michael Solloa Jr., Esq, 110 SE 6th Str, 15th Flr, Fort Lauderdale, FL 33301-5004 |
| 29875689 | + Email/Text: bankruptcy@wofco.com | Feb 02 2026 22:47:00 | World Omni Financial Corp., Attn: Bankruptcy, Po Box 991817, Mobile, AL 36691-8817 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026                    Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D Borden | on behalf of Debtor Nicholas Scibilia aborden@1800debtrelief.com DebtReliefLegalGroupLLC@jubileebk.net;jswinson@1800debtrelief.com |
| Charles M Tatelbaum | on behalf of Creditor World Omni Financial Corp cmt@trippscott.com hbb@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com |

District/off: 113A-3                          User: admin                                    Page 3 of 3
Date Rcvd: Feb 02, 2026                       Form ID: B318W                                 Total Noticed: 24

Douglas W Neway
    on behalf of Trustee Douglas W Neway court@ch13jaxfl.com
    courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com;filings@ch13jaxfl.com

Douglas W Neway
    court@ch13jaxfl.com  courtdailysummary@ch13jaxfl.com;mbrown@ch13jaxfl.com;filings@ch13jaxfl.com

John J Freeman, Jr.
    on behalf of Trustee Douglas W Neway CourtJohnF@ch13jaxfl.com

United States Trustee - JAX 13/7, 7
    USTP.Region21.OR.ECF@usdoj.gov


TOTAL: 6

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Nicholas Scibilia |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court    Middle District of Florida

Case number:    3:22–bk–00306–JAF

Social Security number or ITIN    xxx–xx–3431
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicholas Scibilia

-

Dated: February 2, 2026

Jerry A. Funk
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**